UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN T. CARRUTHERS,

    Defendant.
_____/

Case: 2:23-cr-20406
Judge: Borman, Paul D.
MJ: Grand, David R.
Filed: 07-18-2023

**Violation**:
18 U.S.C. § 1343

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 1343
### WIRE FRAUD

Between approximately April 2020 and April 2021, in the Eastern District of Michigan, the defendant, RYAN T. CARRUTHERS, devised and intended to devise a scheme to defraud various lending institutions and the federal government, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises. Specifically, defendant RYAN T. CARRUTHERS made and caused to be made materially false and fraudulent pretenses,

1

representations, and promises to various lending institutions and the federal government that he was the owner of a number of existing and operational businesses eligible to receive loans under the "Paycheck Protection Program," and the "Economic Injury Disaster Loan Program," when in fact, as defendant RYAN T. CARRUTHERS then and there knew, the businesses were ineligible for loans under these programs because they were fictitious entities with no employees or operations of any kind. For the purpose of executing this scheme, defendant RYAN T. CARRUTHERS transmitted and caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures, and sounds, all in violation of 18 United States Code Section 1343.

**FORFEITURE ALLEGATION**
**18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)**
**CRIMINAL FORFEITURE**

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States

Code, Section 1343 set forth in Count One of this Information, the defendant, RYAN T. CARRUTHERS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. As part of the forfeiture in this case, the United States intends to seek a forfeiture money judgment for the total amount of proceeds that defendant obtained as a result of his violation of Count One.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall seek forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated

by Title 28, United States Code, Section 2461(c).


DAWN N. ISON
United States Attorney


*s/John K. Neal*
John K. Neal
Chief, White Collar Crime Unit
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9644
john.neal@usdoj.gov


Date: July 18. 2023

4

(Companion Case information MUST be completed by AUSA and initialed.)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: J.K.N. |

**Case Title:** USA v. Ryan T. Carruthers

**County where offense occurred:** Oakland

**Check One:**     ☒ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/__✔__Information --- based upon prior complaint [**Case number:** 23-mj-30031     ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 18, 2023
Date

s/John K. Neal
John K. Neal
Assistant United States Attorney
Chief, White Collar Crime Unit
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9644
Fax:    (313) 226-2873
E-Mail address: John.Neal@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.